IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15MJ4136 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE NANCY A. |
| | ) | VECCHIARELLI |
| v. | ) | |
| | ) | |
| LUIS NIEVES, | ) | GOVERNMENT'S MOTION |
| | ) | TO DISMISS COMPLAINT WITHOUT |
| Defendant. | ) | PREJUDICE |

Now comes the United States of America, through its counsel, Steven M. Dettelbach, United States Attorney, and Vasile C. Katsaros, Assistant United States Attorney, and respectfully moves this Court for an order to dismiss this matter without prejudice. A copy of the Order of Dismissal is attached hereto.

                                                Respectfully submitted,

                                                STEVEN M. DETTELBACH
                                                United States Attorney

By:    /s/ Vasile C. Katsaros
          Vasile C. Katsaros (OH: 0067386)
          Assistant United States Attorney
          United States Court House
          801 West Superior Avenue, Suite 400
          Cleveland, OH 44113
          (216) 622-3876
          (216) 522-7499 (facsimile)
          Vasile.Katsaros@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of December, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Vasile C. Katsaros
Vasile C. Katsaros
Assistant U.S. Attorney

2